UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GARY WAYNE HOFFMAN,**

    **Plaintiff,**

  **v.**

**MADICORP,** *et al.*,

    **Defendants.**

**Civil Action 2:19-cv-2245**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court for consideration of a joint stipulation of dismissal with prejudice filed by Plaintiff Gary Hoffman ("Plaintiff") and Defendant Madicorp ("Defendant") (collectively, the "Parties"). (ECF No. 20). In the joint motion, the Parties stipulate and agree that Count I of Plaintiff's Complaint against Defendant should be dismissed with prejudice, which therefore moots Defendant's Motion to Dismiss (ECF No. 12). (*Id.*). In light of these circumstances, Count I of the Complaint is **DISMISSED with prejudice** (ECF No. 1 at ¶ 41-48), and Defendant's Motion to Dismiss is **DENIED as moot** (ECF No. 12).

    IT IS SO ORDERED.

**8/11/2020**
**DATE**

                      **s/Edmund A. Sargus, Jr.**
                        **EDMUND A. SARGUS, JR.**
                        **UNITED STATES DISTRICT JUDGE**